# EXHIBIT G

| | |
|---|---|
| **From:** | Snyder, Martha J. (MAD x2429) |
| **Sent:** | Monday, June 7, 2021 11:31 AM |
| **To:** | Butcher, Jayme L.; Henry, Shawna |
| **Cc:** | Boor, Anita M. (MAD x2452) |
| **Subject:** | RE: Subpoena to Epic Systems Corporation [QBLLP-ACTIVE.FID41570734] |
| **Attachments:** | 2021.06.07 Snyder to Butcher re subpoena.PDF |

Counsel,

Please see attached correspondence.

Best regards,
Martha

---

**From:** Butcher, Jayme L. <JButcher@BlankRome.com>
**Sent:** Wednesday, June 2, 2021 2:14 PM
**To:** Snyder, Martha J. (MAD x2429) <martha.snyder@quarles.com>; Henry, Shawna <SHenry@BlankRome.com>
**Cc:** Boor, Anita M. (MAD x2452) <Anita.Boor@quarles.com>
**Subject:** RE: Subpoena to Epic Systems Corporation [QBLLP-ACTIVE.FID41570734]

Martha, given deadlines in the case, we need a response to our letter before Friday. If your client is not willing to do what was proposed in the letter, we will be forced to file a motion to compel.  Thanks.

-Jayme


**Jayme L. Butcher** | BLANK**ROME**
**Chair – Commercial Litigation Practice Group**
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
O: 412.932.2801 | M: 412.956.7101 | jbutcher@blankrome.com

---

**From:** Snyder, Martha J. <martha.snyder@quarles.com>
**Sent:** Wednesday, June 2, 2021 2:42 PM
**To:** Henry, Shawna <SHenry@BlankRome.com>
**Cc:** Butcher, Jayme L. <JButcher@BlankRome.com>; Boor, Anita M. <Anita.Boor@quarles.com>
**Subject:** RE: Subpoena to Epic Systems Corporation [QBLLP-ACTIVE.FID41570734]

Jayme,

We are in receipt of your letter from Friday evening.  Could we set a time to talk next week to see if we can't find a mutually agreeable resolution?

Best regards,
Martha



**Martha Jahn Snyder** / Partner
martha.snyder@quarles.com / LinkedIn BIO vCard
**Quarles & Brady LLP**
33 East Main Street, Suite 900 / Madison, WI 53703-3095
Office 608-283-2429 / Cell 607-351-1112 / quarles.com
Assistant Hailey Carvalho 608-283-2487

VISIT our COVID-19: Guidance for Clients page for the latest updates from Q&B attorneys

---

**From:** Henry, Shawna <SHenry@BlankRome.com>
**Sent:** Friday, May 28, 2021 6:28 PM
**To:** Snyder, Martha J. (MAD x2429) <martha.snyder@quarles.com>
**Cc:** Butcher, Jayme L. <JButcher@BlankRome.com>
**Subject:** Subpoena to Epic Systems Corporation

Counsel,

Please see attached correspondence.

Thank you,
Shawna

**Shawna J. Henry** | BLANKROME
501 Grant Street | Suite 850 | Pittsburgh, PA 15219
O: 412.932.2805 | F: 412.592.0334 | shenry@blankrome.com

************************************************************************************************

This message and any attachments may contain confidential or privileged information and are only for the use of the intended recipient of this message. If you are not the intended recipient, please notify the Blank Rome LLP or Blank Rome Government Relations LLC sender by return email, and delete or destroy this and all copies of this message and all attachments. Any unauthorized disclosure, use, distribution, or reproduction of this message or any attachments is prohibited and may be unlawful.

************************************************************************************************

**CONFIDENTIALITY NOTICE:** This electronic mail transmission and any attachments are confidential and may be privileged. They should be read or retained only by the intended recipient. If you have received this transmission in error, please notify the sender immediately and delete the transmission from your system.